UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR TORRES, et al., | Case No. 1:22-cv-00981-JLT-EPG |
| Plaintiffs, | |
| v. | ORDER DENYING MOTION FOR PROTECTIVE ORDER WITHOUT PREJUDICE |
| FORD MOTOR COMPANY, et al., | |
| Defendants. | (ECF No. 11) |

On January 18, 2022, Defendant Ford Motor Company filed a motion for a protective order, seeking to limit the scope of matters set for examination in an upcoming deposition of its designated representative under Federal Rule of Civil Procedure 30(b)(6). (ECF No. 11). The Court will deny the motion for failure to comply with the Court's established procedures.

As noted in the Court's scheduling order (ECF No. 10) and in the Court's Standard Procedures,[1] a party must receive permission from the Court following an informal telephonic discovery dispute conference before the party is allowed to file a motion involving a discovery dispute. Here, the parties have not yet participated in an informal telephonic discovery dispute conference.

---

[1] The Court's Standard Procedures are available on the Court's website at the following address: https://www.caed.uscourts.gov/caednew/assets/File/EPG_Standard%20Procedures%20for%20Website_revised%2012_14_22.pdf

1

Accordingly, IT IS ORDERED that Defendant's motion for a protective order (ECF No. 11) is denied without prejudice. If Defendant wishes to schedule an informal telephonic discovery dispute conference, Defendant shall contact Courtroom Deputy Michelle Means Rooney at mrooney@caed.uscourts.gov, with all parties to the dispute copied.

IT IS SO ORDERED.

Dated: **January 19, 2023**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE